IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

**B. EUGENE GUTHERY, M.D.,**
an individual,

Plaintiff,

vs.

**ECOLAB, INC.,**
a Delaware corporation,

Defendant.

**Court File No. 00-1324 MJD/JGL**

---

**STIPULATION AND ORDER**

The parties hereby stipulate and agree that defendant Ecolab, Inc. shall have an enlargement of time of fourteen (14) days for responding to plaintiff's complaint, and accordingly, defendant Ecolab, Inc. shall have until June 29, 2000 to answer or otherwise plead in the above-referenced matter.

Dated: 6/13/00

DADY & GARNER, P.A.

By: ______________________
Ronald K. Gardner (#0246797)

4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 359-9000

Richard M. Butler (TX #03528560)
B. Mills Latham (TX # 11973000)
SOULES & WALLACE
100 W. Houston St., Suite 1500
San Antonio, TX 78205-1457
(210) 224-9144

JUN 14 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ATTORNEYS FOR PLAINTIFF**
**B. EUGENE GUTHERY, M.D.**

Dated: June 13, 2000

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

By: Thomas L. Hamlin
Thomas L. Hamlin (#40216)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

**ATTORNEYS FOR DEFENDANT**
**ECOLAB, INC.**

**SO ORDERED**

Dated: June 14, 2000

JONATHAN LEBEDOFF