UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1324 (MJD/JGL)

B. EUGENE GUTHERY, M.D.,

Plaintiff,

v.

**PRETRIAL ORDER**

ECOLAB, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is five to ten days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to September 1, 2000;

3. Plaintiff shall disclose all expert witnesses by March 1, 2001, and reports by April 1, 2001; Defendant shall disclose all expert witnesses by April 1, 2001, and reports by May 1, 2001; All parties shall identify rebuttal witnesses by June 1, 2001;

4. The period during which the parties may seek discovery shall be completed by July 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to August 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to November 1, 2001; and

AUG 09 2000
Filed______________
Francis E. Dosal, Clerk
Judgment Entd.______________
Deputy Clerk______________

7. This case will be considered "ready for trial" as of November 1, 2001.

DATED: August 9, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge