IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

**B. EUGENE GUTHERY, M.D.**, an individual,

Plaintiff,

vs.

**ECOLAB, INC.**, a Delaware corporation,

Defendant.

**Civil No. 00-1324 MJD/JGL**

**Civil No. 00-1324 MJD/JGL**

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF, JURY TRIAL DEMANDED**

On this day came on to be heard Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint and Application For Injunctive Relief, Jury Trial Demanded. After considering the Motion and ~~Response~~ no objection JVL, and after hearing, the Court is of the opinion that the Motion should be in all things granted.

IT IS THEREFORE ORDERED, that Plaintiff's Motion for Leave to File Plaintiff's First Amended Complaint and Application For Injunctive Relief, Jury Trial Demanded, is hereby GRANTED, and it is ORDERED that Plaintiff's First Amended Complaint and Application For Injunctive Relief, Jury Trial Demanded, shall be filed in the papers of this cause.

SIGNED this 8 day of Aug., 2000.

Magistrate Judge Jonathon Lebedoff

00148779



FILED AUG 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Approved and Entry Requested:

DADY & GARNER, P.A.
J. Michael Dady (#2062X)
Ronald K. Gardner (#0246797)
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 359-9000

Richard M. Butler (TX # 03528560)
B. Mills Latham (TX # 11973000)
SOULES & WALLACE
100 W. Houston St., Suite 1500
San Antonio, TX 78205-1457
(210) 224-9144

ATTORNEYS FOR PLAINTIFF
B. EUGENE GUTHERY, M.D.