MAR 29 2001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

B. Eugene Guthery, M.D., an individual,

Plaintiff,

v.

Ecolab Inc., a Delaware corporation,

Defendant.

Court File No. 00-1324 (MJD/JGL)

STIPULATION FOR ENTRY OF CONSENT JUDGMENT AND ORDER FOR JUDGMENT

The Plaintiff, B. Eugene Guthery, M.D. ("Guthery"), and the defendant, Ecolab Inc. ("Ecolab"), hereby stipulate as follows and agree to entry of the following Consent Judgment:

**Recitals**

1. Guthery commenced this lawsuit against Ecolab in May 2000. Guthery's claims in the lawsuit relate to U.S. Patent No. 6,010,729 ("the '729 patent"), which is owned by Ecolab.

2. Both Guthery and Ecolab want to avoid further costly and time-consuming litigation and for that reason want to terminate this matter by stipulating to this Consent Judgment.

**Stipulation and Consent Judgment**

1. Ecolab agrees to pay Guthery the sum of $21,000, which will be delivered to Guthery's local counsel (Dady & Garner, P.A.) within seven days of receipt of this signed Consent Judgment from the Court.

2. Guthery hereby agrees and represents that:

a. he is not an inventor of the carcass-sanitizing formulation and method claimed and covered by the '729 patent;

FILED AUG 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

b. he is not aware of any prior art that might invalidate the '729 patent and believes that the '729 patent is valid; and,

c. he will not initiate an attack on the validity of the '729 patent or aid or assist any others in attacking the validity of the '729 patent.

3. The parties, on behalf of themselves, their officers, directors, employees, agents, principals, affiliates, subsidiaries, parent companies, heirs, successors, and assigns, hereby agree to release and forever discharge each other, their officers, directors, employees, agents, principals, affiliates, subsidiaries, parent companies, and heirs of and from any and all claims, debts, liabilities, demands, obligations, promises, acts, agreements, costs, expenses (including but not limited to attorneys' fees), damages, actions and causes of action, of whatever kind or nature, whether now known or unknown, suspected or unsuspected, based on, arising out of, or in connection with anything whatsoever done, omitted or suffered to be done at any time prior to the effective date of this Agreement, including, but not limited to, any and all claims, debts, liabilities, demands, obligations, promises, acts, agreements, costs, expenses (including but not limited to attorneys' fees), damages, actions and causes of action, of whatsoever kind or nature, that either were asserted or could have been asserted in the lawsuit described above. Both parties represent that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any claim or demand relating to any matter covered by this Stipulation.

4. The persons executing this Stipulation on behalf of the parties represent that they have the full right and authority to execute this Stipulation on behalf of their designated party.

5. Each party shall bear its own costs, disbursements, and attorneys' fees incurred in connection with this action.

6. All claims of Guthery shall hereby be dismissed with prejudice.

7. Judgment shall be entered pursuant hereto, forthwith, without further notice.

The clerk is directed to enter this Consent Judgment forthwith.

B. Eugene Guthery, M.D.

By: [signature]
J. Michael Dady (2062X MN)
Ronald K. Gardner (0246797 MN)

DADY & GARNER, P.A.
4000 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 359-9000

and

Richard M. Butler (03528560 TX)
SOULES & WALLACE
100 W. Houston St., Suite 1500
San Antonio, TX 78205
(210) 224-9144

By: B. Eugene Guthery, M.D.
B. Eugene Guthery, M.D.
23 MAR 2001

Ecolab Inc.

By. Thomas L. Hamlin
Thomas L. Hamlin (40216MN)

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
(612) 349-8500

By: [signature]

Its: Chief Patent Counsel

**SO ORDERED.**

Date: 8-9-01

[signature]
Michael J. Davis
Judge United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500